**Order entered May 6, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00128-CV

## IN RE RYAN GALLAGHER

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-16008**

## ORDER

After the Court instructed appellant to file an amended brief correcting noted deficiencies, appellant tendered a brief to this Court on May 4, 2020. The Court sent appellant notice that the brief was not filed because the appendix items were not text searchable or electronically bookmarked. *See* TEX. R. APP. P. 9.4(h). Before the Court is appellant's May 4, 2020 "Motion to Acknowledge Constitutional Challenge and Request for Waiver of TRAP Rule 9.4(h)." We **GRANT** the motion. We **ORDER** appellant's brief tendered to this Court on May 4, 2020 filed as of the date of this order.

/s/    KEN MOLBERG
        JUSTICE